# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

## CRIMINAL MINUTE SHEET - CHANGE OF PLEA

**UNITED STATES OF AMERICA**                    Case No:   4:12-cr-00185-FJG-7
**vs.**                                                            **Date:    11/05/13**
**SARA S. MURDOCK**

Honorable <u>FERNANDO J. GAITAN, JR.,</u> Chief U.S. District Judge, presiding at Kansas City, MO

Time commenced -   10:07 a.m./ Time terminated – 10:20 a.m.     **TOTAL TIME**: <u>13 minutes</u>

|  Plaintiff | Appearances | Defendant |
|---|---|---|
| Rudolph Rhodes, IV, AUSA | | Christine Blegan, CJA |

**PROCEEDINGS:**
Parties appear for hearing. Defendant to change plea of not guilty to Guilty.  Defendant sworn.
<u> X </u>    Offense(s) to which defendant **is pleading guilty [Count 22 of Superseding Indictment]**
       and statutory range of punishment summarized by defense counsel.
<u> X </u>    Court advises defendant of perjury implications and questions defendant regarding age,
       education, physical and mental condition, and satisfaction w/representation of counsel.
       Defendant advised of rights waived by pleading guilty.
<u> X </u>    Terms of written plea agreement, signature on document, and factual basis contained in
       plea agreement acknowledged by defendant.
<u> X </u>    Government counsel acknowledges the factual basis (evidence that would have been
       presented at trial) as outlined in plea agreement is complete/correct.
<u> X </u>    Defense counsel offers no additional/supplemental information regarding factual basis of
       plea and written plea agreement.
<u> X </u>    Court accepts defendant's plea (and provisionally accepts written agreement), orders a
       presentence investigation report, finds defendant understands the charge(s) against him
       and the consequences of his plea and that the decision to plea guilty has been made freely
       and voluntarily and w/o coercion, and finds there is a factual basis for the plea.

Counsel make statements re: defendant's motion to reconsider bond (#128)  - granted; and
the Court reinstates the previous bond w/the same conditions as previously imposed.

<u> X </u>    Defendant remanded to the custody of the USM.

Court Reporter:    <u>  Gayle Wambolt  </u>                    Rhonda Enss, Courtroom Deputy